461 F.2d 1269
 72-2 USTC P 9628
 P. H. WELDER and Katie Welder, Plaintiffs-Appellees,
v.
UNITED STATES of America, Defendant-Appellant.
 No. 71-3244.
 United States Court of Appeals,
Fifth Circuit.
 July 26, 1972.
 
 Anthony J. P. Farris, U. S. Atty., Houston, Tex., Fred B. Ugast, Deputy Asst. Atty. Gen., Meyer Rothwacks, Scott P. Crampton, Asst. Atty. Gen., William S. Estabrook, Richard W. Perkins, Attys. Tax Division, Dept. of Justice, Washington, D. C., for defendant-appellant; Theodore W. Pinson, Asst. U. S. Atty., of counsel.
 Richard Henderson, Frank Guittard, Victoria, Tex., Robert K. Sands, O. Jan Tyler, Sands, Tyler & Trimble, Dallas, Tex., Guittard, Henderson, Jones & Lewis, Victoria, Tex., for plaintiffs-appellees.
 Before BELL, GOLDBERG, and RONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 Being in complete agreement with the reasoning and analysis of the distinguished trial judge, Welder v. United States, S.D.Tex.1971, 329 F.Supp. 739, the judgment of the district court is affirmed.
 
 
 2
 Affirmed.